# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

JAMES HARRE,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　 )
　　　　　v.　　　　　　　　　　　　　　　) 　Case No.  3:23-cv-02555-JPG
　　　　　　　　　　　　　　　　　　　　 )
TRAVIS WAYLAND et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendant.　　　　　　　　　)

## JUDGMENT IN A CIVIL CASE

The Court, having considered the arguments in this case;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice, without costs.

**DATED:  January 16, 2024**

　　　　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By:　 *s/Tina Gray,*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
　　　　　　　　J. PHIL GILBERT
　　　　　　　　U.S. DISTRICT JUDGE